**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Don Jacobson Automobiles, Inc. d/b/a Hillcroft Auto Co.

Appellate case number:    01-20-00436-CV

Trial court case number:  1152048

Trial court:           County Civil Court at Law No. 4 of Harris County

      Relator, Don Jacobson Automobiles, Inc. d/b/a Hillcroft Auto Co., has filed a motion for rehearing.  It is ordered that the motion for rehearing is **denied**.

Judge's signature: _____/s/ Russell Lloyd_____
                         Acting for the Court

Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.

Date:  December 17, 2020